# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2007

133370

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELAINE A. HAAS, and CHARLES J.
BANNON,
        Plaintiffs-Appellants,

v

WADE H. DEAL, and SARAH J.
DEAL,
        Defendants-Appellees,

and

TRACEY L. DEAL, and J. A.
DELANEY & CO., a Michigan
Corporation, jointly and severally,
        Defendants.
_____/

SC: 133370
COA: 262987
Wayne CC: 99-918983-CH

      On November 14, 2007, the Court heard oral argument on the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.302(G)(1). In lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the trial court for entry of an order denying the motion for sanctions filed by defendants Wade H. Deal and Sarah J. Deal. On the facts and law of this case, the plaintiffs' civil action cannot be considered devoid of arguable legal merit. MCL 600.2591(3)(a)(iii).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2007

_____
Clerk